LLOYD WINAWER (SBN 157823)
lwinawer@be-law.com
JOHN D. PERNICK (SBN 155468)
jpernick@be-law.com
BERGESON, LLP
111 North Market Street, Suite 600
San Jose, CA 95113
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendant
JONATHAN MAYHEW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL FARHAR, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

ONTRAK, INC., TERREN S. PEIZER, BRANDON H. LAVERNE, CURTIS MEDEIROS and JONATHAN MAYHEW,

Defendants.

Case No. 2:21-cv-01987-FLA-E

Hon. Fernando L. Aenlle-Rocha

**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

[Complaint filed: March 3, 2021]

Pursuant to Local Rules 7.1 and 52-4.1, Plaintiff Michael Farhar ("Farhar") and Defendant Jonathan Mayhew ("Mayhew" and, collectively, the "Parties") through their respective counsel, stipulate as follows:

WHEREAS; on March 29, 2023, Plaintiff Farhar, individually and on behalf of all others similarly situated, filed a Consolidated Second Amended Complaint for Violation of the Federal Securities Laws (the "Second Amended Complaint"). Mayhew, who was not named as a defendant in the prior complaints that Plaintiff filed in this action, was added as a defendant in the Second Amended Complaint;

WHEREAS, Mayhew recently has retained Bergeson, LLP to represent him as a Defendant in this matter;

WHEREAS, Mayhew's response to the Second Amended Complaint is currently due on June 5, 2022;

WHEREAS, subject to the Court's approval, counsel for Plaintiff and Mayhew have agreed to extend the time for Mayhew to file a responsive pleading by one week to June 12, 2023;

WHEREAS, counsel for Plaintiff and Mayhew have met and conferred and do not anticipate that this extension will affect the deadlines or schedule in this action;

WHEREAS, Mayhew previously requested this same extension of time to file a responsive pleading to the Second Amended Complaint in a stipulation that was filed on June 5, 2023 but stricken by the Court. This stipulation does not provide for any different schedule than the previously filed stipulation;

WHEREFORE, the parties, through their counsel, stipulate as follows:

1. That the deadline for Mayhew to file a responsive pleading to the Second Amended Complaint shall be extended until June 12, 2023.

2. If Mayhew moves to dismiss the Second Amended Complaint, the deadlines for Lead Plaintiff's response brief and Mayhew's reply brief shall be the same as those set out in the Court's March 28, 2023 Order [Dkt 93].

Dated: June 6, 2023

BERGESON, LLP

By: /s/ Lloyd Winawer

Lloyd Winawer
lwinawer@be-law.com
John D. Pernick
jpernick@be-law.com
BERGESON, LLP
111 North Market Street, Suite 600
San Jose, CA 95113
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendant
JONATHAN MAYHEW

Dated: June 6, 2023

THE ROSEN LAW FIRM, P.A.

By: /s/ Leah Heifetz-Li

Leah Heifetz-Li
lheifetz@rosenlegal.com
Phillip Kim
pkim@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (215) 202-3827

Laurence M. Rosen
lrosen@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

Brian Schall
brian@schallfirm.com
THE SCHALL LAWFIRM
2049 Century Park Eas, Suite 2460
Los Angeles, CA 90067
Telephone: (424) 303-1964

Lead Counsel for Lead Plaintiff

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that all parties have concurred in the filing of this Stipulation.

Dated: June 6, 2023

/s/ Lloyd Winawer
Lloyd Winawer